IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0: 13-40039 |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF COURT</u> |
| | ) | |
| vs. | ) | DATE: 7/29/2013 |
| | ) | |
| GREGORY MINOR, | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT:   J. PHIL GILBERT, DISTRICT JUDGE

DEPUTY CLERK: K. Jane Reynolds          COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S) :  N/A

COUNSEL FOR DEFENDANT(S):  N/A

MINUTE ORDER IN CHAMBERS: ( X )

PROCEEDINGS:

TIME:

   This matter is before the court on the above styled defendant's Motion to Continue (doc. # 156).

   The Court has reviewed and considered the aforementioned motion and hereby GRANTS the motion to continue.

   It is hereby ORDERED that this matter is STRICKEN from the 8/7/2014 docket and reset for sentencing on 9/24/2014 at 10:00 a.m. in Benton, IL.

JUSTINE FLANAGAN, ACTING  CLERK

By: s/ K. Jane Reynolds
Deputy Clerk